UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00184-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1. DAMON BROOKS,
2. HAVEN BREWER, a/k/a/ "No Love,"
3. VERNON EDWARDS, a/k/a "Lil Thirty Ounce,"
4. BRIAN HICKS, a/k/a "Solo," a/k/a "S,"
5. BENJAMIN CORNELL THOMAS, a/k/a "E-Low," a/k/a "Little E-Low," a/k/a "Trey-Trey,"
6. GERARDO TORIBIO, a/k/a "Chato," a/k/a "Guero,"
7. DAMIAN TURNER, a/k/a "Two Two,"
8. PATRICIA TURNER,
9. MALCOLM WATSON, a/k/a "PM," and
10. WILLIE CLARK, a/k/a "Little Lett,"

     Defendants.

_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

     Defendant, Haven Brewer's Motion to Allow Substitute Counsel for August 3, 2007 Hearing, filed July 31, 2007, is **GRANTED.**  Daniel T. Smith is allowed to appear on behalf of Haven Brewer in lieu of Lisa Fine Moses, his attorney of record, at the hearing set **Friday, August 3, 2007, at 2:00 p.m..**

     Dated:  July 31, 2007