UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00184-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  HAVEN BREWER, a/k/a "No Love"

    Defendant.
_____

**ORDER**
_____

THIS MATTER is before the Court on the Motion to Continue the Arraignment on August 3, 2007, filed by Defendant Haven Brewer.  Upon review of the motion and file, I find that the motion should be granted.  Therefore, it is hereby

ORDERED that the Motion to Continue the Arraignment on August 3, 2007, filed by Defendant Haven Brewer (docket #162) is **GRANTED**.  It is

FURTHER ORDERED the arraignment currently set for August 3, 2007 is **VACATED** as to Defendant Haven Brewer.  Defendant Brewer shall be re-arraigned Monday, August 6, 2007, before the Duty Magistrate Judge.

    Dated:  August 2, 2007

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              U. S. District Judge